1
2
3
4

Jay T. Jambeck SBN: 226018
Mandy G. Leigh SBN: 225748
LEIGH LAW GROUP
870 Market Street, Suite 1157
San Francisco, CA  94102
Telephone:      415-399-9155
Facsimile:       415-795-3733
Email: jjambeck@leighlawgroup.com

5

Attorneys for Plaintiff NICOLE WRIGHT

6

7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9

10

11

12

13

14

15

16

17

18

19

NICOLE WRIGHT,

      Plaintiff,

  v.

THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA; and DOES 1-30, inclusive,

     Defendants.

**CASE NO. 13-cv-2967 LB**

**STIPULATION FOR DISMISSAL
PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 41**

20

21

22

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2), Plaintiff NICOLE WRIGHT

and Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA hereby stipulate**:**

23

     That this action be dismissed with prejudice.

24

25

26

27

1    Date: March 30, 2015                    LEIGH LAW GROUP

2

3                                            s/ Jay T. Jambeck
                                             _____
4                                            Jay T. Jambeck

            I, Jay T. Jambeck, certify that I have received authority to affix the electronic signature of
5
     all signatories to this document.
6

7                                            Lombardi, Loper, Conant, LLP
8
     Dated: March 30, 2015
9                                            /s/ GayLynn Conant
                                             _____
10                                           GayLynn Conant
11                                           Attorney for Defendant

12

13                                  **<u>ORDER</u>**

14
            IT IS SO ORDERED.
15
     Date:   March 31, 2015
16

17                                           _____
                                             Hon. Laurel Beeler
18                                           UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27